MASSEY v. PRICE. (Circuit Court of Appeals, Eighth Circuit. February 12, 1910.) No. 3,012. On Removal from Supreme Court of Oklahoma. Robert Burns, for plaintiff in error. William I. Gilbert and Eugene Hamilton, for defendant in error.

PER CURIAM. Stricken from docket, without costs to either party in this court, for want of jurisdiction.

---

THE M. E. LUCKENBACH. (Circuit Court of Appeals, Fourth Circuit. May 17, 1910.) No. 962. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk. For opinion below, see 174 Fed. 265. Peter S. Carter (Harry E. McCoy, on the brief), for appellant. N. T. Green (James F. Duncan, on the brief), for appellee. Before GOFF and PRITCHARD, Circuit Judges, and KELLER, District Judge.

PER CURIAM. The court below heard at its bar the testimony of the libelant and of the physician who examined him, and read and considered the depositions of other of the witnesses of libelant, as well as those of the respondent. The material questions to be determined involved the credibility of the witnesses and the weight to be given their testimony, as no propositions of law were drawn in question. It is clearly shown that libelant was sick before the vessel reached Colon, that he asked to be sent to the hospital at that port, and that such request was refused. The reasons given by the respondent for so declining, and for the long delay before medical attention was given libelant—which was after the vessel reached New York—were not considered as satisfactory by the judge who heard the case, and with the conclusion reached by him we are in full accord. Beyond question libelant was entitled to recover some damages, and we are unable from the record before us to say that under all the circumstances an allowance of $1,200 is excessive. Affirmed.

---

PEOPLE'S STATE BANK v. GLEASON. (Circuit Court of Appeals, Eighth Circuit. December 23, 1909.) No. 3,055. Appeal from the District Court of the United States for the District of Kansas. Garver & Garver and G. F. Grattan, for appellant. W. S. McClintock and A. L. Quant, for appellee.

PER CURIAM. Affirmed, with costs, without an opinion filed, on authority of First National Bank v. Connett, 73 C. C. A. 219, 142 Fed. 33, 5 L. R. A. (N. S.) 148.

---

RICHARDS et al. v. MEISSNER et al. (Circuit Court of Appeals, Eighth Circuit. April 1, 1909.) No. 2,973. Appeal from the Circuit Court of the United States for the Western District of Missouri. See, also, 163 Fed. 957. William Steel Jackson and C. Hayward Fairbanks, for appellants. Frank Hagerman and Rector, Hibben & Davis, for appellees.

PER CURIAM. Dismissed, at costs of appellants, pursuant to rule 23, for failure to cause record to be printed, on motion of appellees.

---

STEVENS et al. v. GRAND CENTRAL MINING CO. et al. (Circuit Court of Appeals, Eighth Circuit. September 7, 1909.) No. 2,969. Appeal from the Circuit Court of the United States for the District of Utah. See, also, 133 Fed, 28, 67 C, C. A. 284. Jesse B. Roote, for appellants. Dickson, Ellis & Schulder, for appellees.

PER CURIAM. Dismissed, with costs, for want of prosecution, on motion of counsel for appellees.